IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DOROTHY M. SELDON**                                                  **PLAINTIFF**

**VS.**                  **CASE NO. 3:08CV000033**

**RICK JOHNSON**                                                     **DEFENDANTS**

**ORDER**

Pending before the Court is plaintiff's Application to Proceed *In Forma Pauperis,* Motion for Appointment of Counsel, and complaint brought against defendant alleging that defendant harassed her and wrongfully evicted her from her home.

Because plaintiff sought leave to proceed *in forma pauperis*, the Court is required to screen her complaint to determine whether the action is frivolous, malicious, or "fails to state a claim upon which relief can be granted." *See* 28 U.S.C. § 1915(e). If the complaint fails to state a claim, the Court may dismiss the claim before service. *See Id.*

Plaintiff and defendant are citizens of Arkansas, and there are no allegations that her alleged wrongful eviction or harassment was based upon any denial of constitutional rights or federal law. While plaintiff may have a state law claim, she has failed to state a federal claim.

Plaintiff's complaint will be dismissed without prejudice unless plaintiff amends her complaint within 10 days of the date of this Order to explain which, if any, of her federal rights were violated.

IT IS SO ORDERED this  12  day of March, 2008.

*[signature]*
James M. Moody
United States District Judge