IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DOROTHY M. SELDON**                                                                    **PLAINTIFFS**

VS.                          **CASE NO. 3:08CV00033 JMM**

**RICK JOHNSON**                                                                          **DEFENDANTS**

**ORDER**

Plaintiff's Motion to Amend Complaint is granted (#13).  The Clerk of the Court is directed to add the Blytheville-Gosnell Regional Airport Authority as a defendant.  The Clerk is directed to issue a summonses as to plaintiff's claim and the United States Marshal is directed to serve a copy of the complaint and summonses on the Blytheville-Gosnell Regional Airport Authority without prepayment of fees and costs or security therefor.

For the reasons previously stated by the Court in its Order of March 24, 2008, plaintiff's Motion for Appointment of Counsel is denied (#15).

IT IS SO ORDERED this   23   day of   April , 2008.

_____
James M. Moody
United States District Judge