IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DOROTHY M. SELDON**                                                                                   **PLAINTIFF**

**VS.**                          **CASE NO. 3:08CV000033**

**RICK JOHNSON**                                                                                    **DEFENDANTS**

## ORDER

Pending is defendant's Motion to Dismiss filed on August 11, 2008. Plaintiff who is proceeding *pro se* has not responded to the pending motion as required under the Federal Rules of Civil Procedure. This case is set for a jury trial in Jonesboro at 9:00 a.m. during the week of March 9, 2009.

Plaintiff is directed to respond to the pending motion on, or before, September 30, 2008, explaining why her complaint should not be dismissed as argued by defendant. Failure to respond may result in dismissal without prejudice of her complaint pursuant to Local Rule 5.5(c)(2) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas for failure to defend.

IT IS SO ORDERED this  5   day of September, 2008.

_____
James M. Moody
United States District Judge