FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 09 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

RECEIVED
IN THE CHAMBERS OF
U.S. DISTRICT COURT JUDGE
JAMES M. MOODY

JAN 09 2008

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DOROTHY M. SELDON                                                    PLAINTIFF

V.                         CASE NO. 3:08CV000033

RICK JOHNSON, ET AL.                                                DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

On this ___9___ day of ___Jan___, 2009, the Court is advised by the attorney for Defendants and the Plaintiff, Dorothy M. Seldon, pro se, that all issues between the parties have been settled and that this case should be dismissed with prejudice.

Based on the Order of Dismissal with Prejudice being approved by the Plaintiff, Dorothy M. Seldon, pro se, and Mike Bearden, the attorney for Defendants, the Court finds that the above-captioned case should be and hereby is dismissed with prejudice.

_____
U. S. DISTRICT JUDGE

APPROVED:

_____
BY:   DOROTHY M. SELDON, PRO SE

RICK JOHNSON, ET AL., DEFENDANTS
BY: _____